UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| ALLIED PETROLEUM, INC., | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:16-CV-1453-B |
| | § | |
| VERLIN JAMES GRADNEY, | § | |
| Defendant. | § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

Defendant's *Motion to Reconsider Order Striking Pleadings*, filed November 7, 2017 (doc. 25), is **GRANTED**. *Plaintiff's Motion for Entry of Default Judgment and Incorporated Brief in Support*, filed September 5, 2017 (doc. 19), is **DENIED as moot**. The Order signed August 8, 2017 (doc. 18), is **VACATED**, and Defendant's Answer (doc. 5) is reinstated.

**SIGNED this 22nd day of May, 2018.**

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE